B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

**FILED**
**SEP 1 0 2009**
CLERK
United States Bankruptcy Court
San Jose, California

In re  Ataide Craig Lewis                    ,            Case No. _____
                  Debtor
                                                          Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Baymark Financial Inc | | Home Loan | | 1,030,000.00 |
| 177 Bovet Rd #100 San Mateo CA | 94402 (650)345-4222 | | | |

Date:  2/12/08

                                        Craig Ataide
                                        _____
                                              Debtor

*[Declaration as in Form 2]*