## Upload a Single Order

**The new pdf file <u>197209.pdf</u> was uploaded and routed to Order-Inbox folder successfully on 12/31/2009 -- 12:46 PM**

**Order Type:** Other
**Case Number:** 09-57682
**Case Name:** Craig Lewis Ataide
**Related Document Number:** 26
**Related Document Description:** Motion for Relief From Stay
**Hearing Date:** 12/15/2009

<u>Do it again</u>



SPENCER P. SCHEER #107750
REILLY D. WILKINSON #242722
REILLY D. WILKINSON #250086
JONATHAN SEIGEL #168224
SCHEER LAW GROUP, LLP
155 N. REDWOOD DRIVE, SUITE 100
SAN RAFAEL, CA 94903
Telephone: (415) 491-8900
Facsimile: (415) 491-8910
N.100-259S-A

Attorneys for Secured Creditor
CIRCLE BANK

UNITED STATES BANKRUPTCY COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re:

CRAIG LEWIS ATAIDE,

Debtor.

Bk. No.09-57682 - ASW

Chapter 11

R.S. No. RDW-247

ORDER REGARDING CIRCLE BANK'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Hearing-Motion for Relief from Automatic Stay
Date: December 15, 2009
Time: 2:00 p.m.
Place: Bankruptcy Court
       280 S 1st St., Courtroom #3020
       San Jose, CA 95113

I.

**RECITAL**

The Court, after determining that the parties were agreeable to entry of the following, which terms were agreed to by CIRCLE BANK("Secured Creditor"), through its counsel REILLY D. WILKINSON of SCHEER LAW GROUP, LLP and PRO SE DEBTOR CRAIG LEWIS ATAIDE ("Debtor"), and there being Good Cause, makes the following order:

## II.

## ORDER

1. IT IS ORDERED THAT on or before close of business December 20, Debtor shall pay to Secured Creditor, through its Counsel Scheer Law Group at 155 North Redwood Drive., Ste. 100, San Rafael, CA 94903, in the amount of $4,526.76, in certified funds.

2. IT IS FURTHER ORDERED THAT, Debtor shall make payments to Secured Creditor, through its Counsel Scheer Law Group at 155 North Redwood Drive., Ste. 100, San Rafael, CA 94903, of $4,526.76 in certified funds by the twentieth (20th) of each month through April 20, 2010.

3. IT IS FURTHER ORDERED THAT the motion for relief hearing is continued to April 20, 2010 at 2 p.m. before the honorable Judge Arthur S. Weissbrodt.

4. IT IS FURTHER ORDERED that this Order is binding in the event that this matter is converted to any other bankruptcy chapter.

5. IT IS FURTHER ORDERED THAT in the event Debtor fails to make any of the payments described hereinabove, or fails to comply with any conditions of the first trust deed obligation, counsel for Secured Creditor shall file with this Court, and serve by mail upon Debtor Pro Se, a declaration stating a breach of this stipulation has occurred. If within ten (10) days from the date of service of declaration re breach a cure of the breach does not take place, then Secured Creditor shall submit a declaration to the Court that the default has not been cured and an ex parte order vacating the automatic stay which the court shall execute forthwith and without a hearing.

**END OF ORDER**

## COURT SERVICE LIST

CRAIG LEWIS ATAIDE
25480 BOOTS RD.
MONTEREY, CA 93940

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE / SJ
U.S. FEDERAL BLDG.
280 S 1ST ST. #268
SAN JOSE, CA 95113-3004

BAYMARK FINANCIAL INC.
177 BOVET RD., #100
SAN MATEO, CA 94402

U.S. BANKRUPTCY COURT
280 SOUTH FIRST STREET, ROOM 3035
SAN JOSE, CA 95113-3099

MOREY GROSS
C/O LAW OFFICES OF ROUSE & BAHLERT
345 FRANKLIN STREET
SAN FRANCISCO, CA 94102-4427

ROBERT LEE MAY
C/O LAW OFFICES OF ROUSE & BAHLERT
345 FRANKLIN STREET
SAN FRANCISCO, CA 94102-4427

RONALD T. KOHEN
C/O LAW OFFICES OF ROUSE & BAHLERT
345 FRANKLIN STREET
SAN FRANCISCO, CA 94102-4427

REILLY D. WILKINSON
155 NORTH REDWOOD DR., STE. 100
SAN RAFAEL, CA 94903

## Miscellaneous:

<u>09-57682 Craig Lewis Ataide</u>

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 5 (San Jose) |
| Assets: y | Judge: ASW | Case Flag: PlnDue, DsclsDue, Salinas |

### U.S. Bankruptcy Court

### Northern District of California

Notice of Electronic Filing

The following transaction was received from Reilly Wilkinson entered on 12/31/2009 at 12:47 PM PST and filed on 12/31/2009
**Case Name:** Craig Lewis Ataide
**Case Number:** <u>09-57682</u>
**Document Number:** <u>35</u>

**Docket Text:**
Certificate of Service *(Order Regarding Circle Banks Motion For Relief From The Automatic Stay)* (RE: related document(s)[26] Motion for Relief From Stay). Filed by Creditor Circle Bank (Wilkinson, Reilly)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** CERTIFICATE OF SERVICE-NORTHERN.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017961465 [Date=12/31/2009] [FileNumber=12770910
-0] [9c31f0069751ac444dff941ecd6addbc00bc6c17b6e3c6f53eece0210df90fbdb
31ed840aaad7152856b1216d342f343712fb459ab82840de9a85fd617996bdc]]

**09-57682 Notice will be electronically mailed to:**

Office of the U.S. Trustee / SJ
USTPRegion17.SJ.ECF@usdoj.gov, ltroxas@hotmail.com

Cheryl C. Rouse on behalf of Creditor E Partners, L.P., a California Limited Partnership
rblaw@ix.netcom.com

Reilly Wilkinson on behalf of Creditor Circle Bank
rwilkinson@scheerlawgroup.com

**09-57682 Notice will not be electronically mailed to:**

Craig Lewis Ataide
25480 Boots Rd.
Monterey, CA 93940

SCHEER LAW GROUP, LLP
SPENCER P. SCHEER #107750
JOSHUA L. SCHEER #242722
REILLY D. WILKINSON #250086
JONATHAN SEIGEL #168224
155 N. Redwood Drive, Suite 100
San Rafael, CA 94903
Telephone: (415) 491-8900
Facsimile: (415) 491-8910
N.100-259S-A

Attorneys for Secured Creditor
CIRCLE BANK

UNITED STATES BANKRUPTCY COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

In re:

CRAIG LEWIS ATAIDE,

Debtor.

Bk. No. 09-57682 - ASW

Chapter 11

R.S. No. RDW-247

CERTIFICATE OF SERVICE BY MAIL

Hearing-Motion for Relief from Automatic Stay
Date: December 15, 2009
Time: 2:00 p.m.
Place: Bankruptcy Court
       280 S 1st St., Courtroom #3020
       San Jose, CA 95113

I, AMANDA WYATT, declare that:

I am employed in the County of Marin, State of California. I am over the age of 18 and am not a party to the within action; my business address is 155 N. Redwood Drive, Suite 100, San Rafael, California 94903.

On December 31, 2009, I served the within ORDER REGARDING CIRCLE BANK'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY on the interested parties in this action by placing true and correct copies thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at San Rafael, California, addressed as follows:

//

//

1

| | |
|---|---|
| 1 | **DEBTOR – PRO SE** |
| 2 | CRAIG LEWIS ATAIDE |
|   | 25480 BOOTS RD. |
| 3 | MONTEREY, CA 93940 |
| 4 | UNITED STATES TRUSTEE |
|   | OFFICE OF THE U.S. TRUSTEE / SJ |
| 5 | U.S. FEDERAL BLDG. |
|   | 280 S 1ST ST. #268 |
| 6 | SAN JOSE, CA 95113-3004 |
| 7 | BAYMARK FINANCIAL INC. |
|   | 177 BOVET RD., #100 |
| 8 | SAN MATEO, CA 94402 |
| 9 | |
|   | U.S. BANKRUPTCY COURT |
| 10 | 280 SOUTH FIRST STREET, ROOM 3035 |
|   | SAN JOSE, CA 95113-3099 |
| 11 | |
|   | MOREY GROSS |
| 12 | C/O LAW OFFICES OF ROUSE & BAHLERT |
|   | 345 FRANKLIN STREET |
| 13 | SAN FRANCISCO, CA 94102-4427 |
| 14 | |
|   | ROBERT LEE MAY |
| 15 | C/O LAW OFFICES OF ROUSE & BAHLERT |
|   | 345 FRANKLIN STREET |
| 16 | SAN FRANCISCO, CA 94102-4427 |
| 17 | |
|   | RONALD T. KOHEN |
| 18 | C/O LAW OFFICES OF ROUSE & BAHLERT |
|   | 345 FRANKLIN STREET |
| 19 | SAN FRANCISCO, CA 94102-4427 |
| 20 | |
| 21 | [ X ]   (By Mail [Federal])  I placed such envelope with postage thereon fully prepaid in the United States mail at San Rafael, California. |
| 22 | [ ]   (By Mail [State])  I am readily familiar with Scheer Law Group, LLP's practice for the collection and processing of correspondence for mailing with the United States Postal Service; it is deposited with the United States Postal Service on the same date in the ordinary course of business at the business address shown above; I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing contained in this declaration. |
| 26 | [ ]   (By Personal Service)  I caused such envelope to be delivered by hand to the addressee(s). |
| 27 | [ X ]   Executed on December 31, 2009, at San Rafael, California. |
| 28 | [ X ]   (State)  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. |

2

Case: 09-57682    Doc# 37    Filed: 12/31/09    Entered: 12/31/09 13:23:01    Page 8 of 9

| | |
|---|---|
| 1 | [ X ] (Federal) I declare that I am employed in the office of a member of the Bar at whose direction this service was made. |
| 2 | |
| 3 | /s/AMANDA WYATT |
| 4 | |

3